TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00554-CV

James E. Cunningham and Georgie B. Cunningham, Appellants

v.

William E. Glidewell, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. 97-09108, HONORABLE F. SCOTT MCCOWN, JUDGE PRESIDING 

PER CURIAM

 The parties to this appeal have filed a joint motion to dismiss the appeal. We grant
their motion and dismiss this appeal.

Before Chief Justice Aboussie, Justices Powers and Kidd

Dismissed on Joint Motion

Filed: November 30, 1998

Do Not Publish